■ BERNARDINO SAVONE et al., Appellants, v CRYSTEEL MANUFACTURING, INC., Respondent, et al., Defendant. [639 NYS2d 958]

Contrary to the plaintiffs' contention, the trial court's charge on the duty to warn apprised the jury of the proper standard to be applied (*see, Martin v Hacker,* 83 NY2d 1, 8; *Wolfgruber v Upjohn Co.,* 72 AD2d 59, 62, *affd* 52 NY2d 768; *Opera v Hyva, Inc.,* 86 AD2d 373, 377; *Rainbow v Elia Bldg. Co.,* 79 AD2d 287, *affd* 56 NY2d 550). Balletta, J. P., Thompson, Pizzuto and Altman, JJ., concur.